1  CHRISTOPHER CHIOU
Acting United States Attorney
2  Nevada Bar Number 14853
JARED L. GRIMMER
3  Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
5  jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

6

**UNITED STATES DISTRICT COURT**
7  **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,          Case No. 2:21-cr-00312-RFB-DJA
                                                              *SEALED*
9          Plaintiff,
                                      **Motion to Unseal Case**
10          v.

11  BRANDON DE JESUS AMESCUA-CHACON,
        aka, "Brandon Chacon,"
12      aka, "Brandon De Jesus Amescua,"

13          Defendant.

14

15          The United States of America, by and through its attorneys, Christopher Chiou,

16  Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney,

17  moves for entry of the proposed Order unsealing the above-captioned case.

18          In support of its motion, the Government states:

19      1. On or about December 2, 2021, a Complaint was filed with the Court, charging Mr.

20  Amescua-Chacon with violation of 8 U.S.C. § 1326(a), Deported Alien Found in the

21  United States. *See* ECF No. 1, 2:21-mj-00998-VCF.

22      2. Mr. Amescua-Chacon made an initial appearance before the Court on or about

23  December 6, 2021, and was ordered detained pending trial. *Id*. at ECF Nos. 6, 17. Mr.

24  Amescua-Chacon remains detained by the U.S. Marshals Service.

3.   Mr. Amescua-Chacon has signed a plea agreement with the United States, and this Court has set a change of plea hearing for January 27, 2022. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4.   Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 14th day of December, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney


_/s/ Jared L. Grimmer_
JARED L. GRIMMER
Assistant United States Attorney

1

2
**UNITED STATES DISTRICT COURT**

3
**DISTRICT OF NEVADA**

4
UNITED STATES OF AMERICA,                    Case No. 2:21-cr-00312-RFB-DJA

5
           Plaintiff,                                            *SEALED*

6
      v.                                        **Order Unsealing Case**

7
BRANDON DE JESUS AMESCUA-CHACON,
   aka, "Brandon Chacon,"

8
   aka, "Brandon De Jesus Amescua,"

9
          Defendant.

10

11
     Upon consideration and review of the Government's motion:

12
     IT IS HEREBY ORDERED that the above-captioned matter, *United States of America*

13
*v. Brandon De Jesus Amescua-Chacon,* is unsealed.

14
     **DATED** this _16th_ day of December, 2021.

15
                             By the Court:

16

17
                             _____
                             Honorable Richard F. Boulware, II
                             United States District Judge

18

19

20

21

22

23

24

3